[No. 11133–7–I.   Division One.   December 3, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. DANA MARK WALTER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–02470–6, Frank L. Sullivan, J., entered December 17, 1981. *Reversed* and *remanded* by unpublished opinion per Corbett, A.C.J., concurred in by Callow and Scholfield, JJ.

[No. 15115–1–I.   Division One.   December 3, 1984.]

THE CITY OF REDMOND, *Respondent*, v. KENNETH R. WYCOFF, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–00399–1, Herbert M. Stephens, J., entered June 29, 1984. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 14390–5–I.   Division One.   December 3, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE STEVEN KING, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–8–04753–8, Francis E. Holman, J., entered February 8, 1984. *Dismissed* by unpublished per curiam opinion.